Daniel H. Tabak
Mark Spatz
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10003
Tel: (212) 957-7600
dtabak@cohengresser.com
mspatz@cohengresser.com

Eric B. Fisher
Jessica L. Jimenez
BINDER & SCHWARTZ LLP
366 Madison Avenue, Sixth Floor
New York, New York 10017
Tel: (212) 933-4551
efisher@binderschwartz.com
jjimenez@binderschwartz.com

Shane B. Vogt (admitted *pro hac vice*)
BAJO CUVA COHEN TURKEL
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 868-6650
shane.vogt@bajocuva.com

*Attorneys for Creditor Terry G. Bollea*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Nicholas G. A. Denton,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12239 (SMB) |
| Terry G. Bollea,<br><br>Plaintiff,<br><br>v.<br><br>Nicholas G. A. Denton,<br><br>Defendant. | Adv. Proc. No. 16-01248 (SMB)<br><br>**NOTICE OF ADJOURNMENT OF**<br>**PRETRIAL CONFERENCE** |

**PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding previously scheduled for December 8, 2016 at 10:00 a.m. has been adjourned to **December 13, 2016 at 10:00 a.m**.

Date:   November 3, 2016
        New York, New York

/s/ Daniel H. Tabak
Daniel H. Tabak
Mark Spatz
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10003
Tel: (212) 957-7600
dtabak@cohengresser.com
mspatz@cohengresser.com


Eric B. Fisher
Jessica L. Jimenez
BINDER & SCHWARTZ LLP
366 Madison Avenue, Sixth Floor
New York, New York 10017
Tel: (212) 933-4551
efisher@binderschwartz.com
jjimenez@binderschwartz.com


Shane B. Vogt (admitted *pro hac vice*)
BAJO CUVA COHEN TURKEL
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 868-6650
shane.vogt@bajocuva.com

*Attorneys for Terry G. Bollea*