UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NICHOLAS G. A. DENTON,<br><br>　　　　　Debtor in possession.[1] | Chapter 11<br><br>Case No. 16-12239 (SMB) |
| TERRY G. BOLLEA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>NICHOLAS G.A. DENTON,<br><br>　　　　　Defendant. | Adv. Proc. No. 16-01248 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Terry G. Bollea ("Plaintiff") and Defendant Nicholas G. A. Denton ("Defendant") through their undersigned counsel, hereby stipulate that the time for Defendant to answer, move, or otherwise respond to the Complaint in the above-referenced adversary proceeding is hereby extended through and including December 31, 2016.

[*Signature page to follow*]

---

[1] The last four digits of the Debtor's social security number are 1234.

x

Dated: November 3, 2016
       New York, New York

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **COHEN & GRESSER LLP** |
| /s/ *Mark Tsukerman* | /s/ *Daniel Tabak* |
| Mark Tsukerman | Daniel H. Tabak |
| 1325 Avenue of the Americas, 19th Floor | 800 Third Avenue, 21st Floor |
| New York, New York 10019 | New York, New York 10003 |
| Telephone: (212) 752-8000 | Telephone: (212) 957-7600 |
| – and – | **BINDER & SCHWARTZ LLP** |
| Warren A. Usatine (admitted *pro hac vice*) | Eric B. Fisher |
| Court Plaza North | 366 Madison Avenue, 6th Floor |
| 25 Main Street | New York, New York 10017 |
| P.O. Box 800 | Telephone: (212) 933-4551 |
| Hackensack, New Jersey 07602-0800 | |
| Telephone: (201) 489-3000 | *Attorneys for Creditor Terry G. Bollea* |
| Facsimile: (201) 489-1536 | |
| *Counsel for Nicholas G. A. Denton* | |
| *Debtor and Debtor in Possession* | |

Dated: November 4th, 2016
       New York, New York

                                          /s/ STUART M. BERNSTEIN
                                         HONORABLE STUART M. BERNSTEIN
                                         UNITED STATES BANKRUPTCY JUDGE

55451/0001-13766969v1